**FILED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

SEP 1 3 2017

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| United States of America<br>v.<br>Matthew Lee Yensan<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. 5:17-MJ-1829-RN |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 12, 2017__ in the county of __Wake__ in the __Eastern__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Quantity of Marijuana |
| Title 18 U.S.C. § 924(c)(1)(A)(i) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Pearson, DEA-TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/13/17

City and state: Raleigh, North Carolina

_____
*Judge's signature*

Robert T. Numbers, II, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

1. Detective M. Pearson (affiant), is a law enforcement officer with the Cary Police Department holding the rank of Senior Police Officer. Detective Pearson has earned a Bachelor of Arts Degree from Rhode Island College. Detective Pearson has been employed with the Cary Police Department since 2000. Detective Pearson has received his Advanced Law Enforcement Certificate from the North Carolina Criminal Justice Training and Standards Commission. Detective Pearson has successfully completed the North Carolina Justice Academy's Criminal Investigative Certificate Program. Detective Pearson is currently assigned to the police department's Drug and Vice Unit as a Drug Enforcement Agency Task Force Officer. During my career as law enforcement officer, Detective Pearson has accumulated approximately 2200 hours of law enforcement training and has received advanced training in the investigation of narcotic trafficking, drug sales and drug possession, gang investigations, sex trafficking and criminal investigations. Detective Pearson has investigated and arrested individuals regarding the criminal offenses of drug trafficking, sex trafficking, murder, attempted murder, assault with a deadly weapon with the intent to kill, armed robbery, rape, sex offenses, financial crimes and drug crimes.

2. Detective M. Pearson has participated in investigations involving the following types of drugs: cocaine, cocaine base, methamphetamine, crystal methamphetamine, heroin, marijuana and prescription pills. I am familiar with and have used all normal methods of investigation, including, but not limited to, visual surveillance, electronic surveillance, informant and witness interviews, interrogation, and undercover operations. In connection with my official DEA duties, I have initiated and participated in long-term, historical conspiracy investigations and Organized Crime Drug Enforcement Task Force (OCDETF) investigations. I have participated in and directed investigations of criminal violations of the federal narcotics and money laundering laws. I have testified in state and federal judicial proceedings and prosecutions for violations of controlled substance laws. I have been involved in the debriefing of defendants, witnesses, and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds derived from drug trafficking. I have participated in numerous narcotics investigations, during the course of which I have functioned in an undercover capacity, conducted or participated in physical surveillance, and reviewed taped conversations and the records of narcotics traffickers.

3. This affidavit is made in support of an application for an arrest of Matthew Lee Yensan for violations of 21 U.S.C. 841(a) and 18 U.S.C. 924(c). Search warrants for Yensan's residence of 8709 Hidden View Court, Raleigh, NC 27613 and of a storage unit rented by Yensan at Ample Storage located at 404 Gorman Street, Unit #165, Raleigh, NC revealed large quantities of marijuana, Xanax precursors and Benzodiazepines, bulk US Currency, multiple pill presses and mixers and large quantities of US Postal packaging. All these items are indicative of Yensan's drug trafficking activities.

**STATUTORY AUTHORITY**

4. Title 21 U.S.C. Section 841(a) "Prohibited Acts, Unlawful Acts" makes it a violation for any person knowingly or intentionally to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance; or to create, distribute, or dispense, or possess with intent

to distribute or dispense, a counterfeit substance.5. Title 18 U.S.C. Section 924(c) "Prohibited Acts, Unlawful Acts" makes it a violation for any person to possess a firearm in the furtherance of distributing, or dispensing a controlled substance; or to create, distribute, or dispense, or possess with intent to distribute or dispense, a counterfeit substance.

**DETAILS OF INVESTIGATION**

6. On 07/19/17 SA Boucher and TFO Pearson were contacted by the Charlotte North Carolina DEA Tactical Diversion investigator. They informed SA Boucher and TFO Pearson that a DEA source of information (SOI) had given details about a man in Raleigh, Matt Yensan, that was mass producing Xanax on several pill presses and selling the pills on the Dark Net. The Dark Net is a section of the internet that is accessed through a special browser that is needed to locate hidden websites. The browser obfuscates the users identity and can be made to be mostly anonymous, making it a haven for drug traffickers that want to sell their product and never have to meet any of their customers face to face. The SOI stated that he/she had helped move multiple pill presses to storage unit 165 in Raleigh located at 404 Gorman Street, Raleigh, NC. Through surveillance and investigative methods it was determined that Yensan resides at 8709 Hidden View Court, Raleigh, NC. Yensan has been observed at Ample Storage located at 404 Gorman Street, Raleigh, NC entering storage unit #165.

7. On 9/9/17 the United States Postal Inspectors Service seized a package with tracking number 9505 5116 3779 7250 1610 33, that was addressed to Y Vending, 8709 Hidden View Ct, Raleigh NC. On 9/11/17 SA Boucher, TFO Pearson and Inspector Dustin Holland with the USPIS had the Wake County Sheriff's office conduct a K9 test. To perform this test, the seized package was placed with 5 other control packages that did not contain any controlled substances. The K9 alerted positively on the package addressed to Y Vending. Y Vending is a company in North Carolina registered to Matt Yensan. Inspector Holland obtained a federal search warrant signed by the Honorable Magistrate Judge James E. Gates, and opened the parcel at approximately 2:30 PM on 9/11/17. The Parcel contained approximately 3 pounds of high grade marijuana.

8. On 9/12/17 SA Boucher obtained a federal search warrant signed by the Honorable Magistrate Judge James E. Gates for Yensan's residence located at 8709 Hidden View Court and executed the warrant at approximately 12:55 PM. Your affiant and agents of the Raleigh Resident office located approximately 12 pounds of high grade marijuana, approximately 2 pounds of shatter, a THC based wax used for smoking, and several bottles of prescription medication not prescribed to Yensan. Additionally Agents discovered a large amount of United States Currency stored in a locked safe. Agents discovered various hand guns and one rifle on the premises. A glock .40 caliber pistol was found in Yensan's Chevy Colorado, and a Glock pistol was found in the basement next to the garage door. In this basement marijuana was found. Additionally, a Smith and Wesson revolver was found in a kitchen cabinet, a Colt revolver was found on top of a safe which contained approximately $300,000 in the master bedroom closet, and a MP5 .22 caliber firearm was found under Yensan's bed. All these weapons were loaded. Additionally, Yensan told agents that they were all legally purchased by him, and that he has a concealed carry permit. Agents discovered digital evidence, including crypto currency cold storage cards, internet activity, and bulk

postage that corroborate information that Yensan was dealing primarily on the internet, particularly on the Dark Net.

9. During an interview, SA Boucher asked Yensan about the 404 Gorman Street, Raleigh, NC, and Yensan vehemently denied that he had a storage unit. SA Boucher showed Yensan video evidence proving his interaction at the 404 Gorman Street #165, Raleigh, NC, and Yensan continued to deny the storage unit. On 9/12/17, agents of the Raleigh Resident office spoke to the manager of the 404 Gorman Street #165, Raleigh, NC and showed them a picture of Yensan. The manager confirmed that it was the renter of the 404 Gorman Street #165, Raleigh, NC but that was not the name it was rented under. SA Boucher and TFO Pearson located a fake South Carolina driver's license at Yensan's residence under the name Jacob Mason Knight, with Yensan's picture. The storage unit located at 404 Gorman Street #165, Raleigh, NC is rented under the ID name Jacob Knight, and the manager confirmed it was the identity used.

10. On 9/12/17 SA Boucher obtained a federal search warrant signed by the Honorable Magistrate Judge James E. Gates for Yensan's storage unit #165 located at 404 Gorman Street, Raleigh, NC, and executed the warrant at approximately 6:35 PM. Your affiant and agents of the Raleigh Resident office located approximately 400 pounds of Xanax precursors and Benzodiazepine, approximately 5000 pills of pressed Xanax, approximately 100 US Postal packaged boxes containing various amounts of Xanax pills, three (3) electronic industrial size pill presses, two (2) electronic industrial drug mixers and a medium sized box with hundreds of preprinted USP delivery labels.

## CONCLUSION

11. Based on the aforementioned facts, there is probable cause to believe that Matthew Lee Yensan has committed violations of 21 U.S.C. 841(a) and 18 U.S.C. 924(c).

Matthew Pearson
Task Force Officer
Drug Enforcement Administration

SUBSCRIBED TO AND SWORN TO BEFORE ME THIS _13th_ DAY OF SEPTEMBER 2017.

HON. ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE