# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

NO.: 5:17-MJ-01829-RN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | NOTICE OF APPEARANCE |
| MATTHEW LEE YENSAN | ) ) ) ) | |

**NOW COMES,** Anthony E. Flanagan, an attorney duly licensed in the State of North Carolina and District Court for the Eastern District of North Carolina, and hereby enters this appearance as counsel of record for Matthew Lee Yensan, Defendant.

All future pleadings, motions, documents or certificates of service for documents are requested to be served upon the undersigned attorney of record in this action.

This the 18th day of September, 2017.

            LAW OFFICES OF ANTHONY E. FLANAGAN, P.A.

       BY: /s/ Anthony E. Flanagan
          Anthony E. Flanagan
          P.O. Box 19446
          Raleigh, North Carolina 27619
          Telephone No.: (919) 889-0607
          E-mail: aflanaganlaw@gmail.com
          North Carolina Bar No. 23815

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

BENJAMIN O. ZELLINGER
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

SUZANNE LITTLE
Assistant Federal Public Defender
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601

This the 18th day of September, 2017.

                                             LAW OFFICES OF ANTHONY E. FLANAGAN, P.A.

                             BY:    /s/ Anthony E. Flanagan
                                         Anthony E. Flanagan
                                         P.O. Box 19446
                                         Raleigh, North Carolina 27619
                                         Telephone No.: (919) 889-0607
                                         E-mail: aflanaganlaw@gmail.com
                                         North Carolina Bar No. 23815