UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-MJ-01829-RN-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW LEE YENSAN | MOTION TO WITHDRAW AS<br>COUNSEL OF RECORD |

The Office of the Federal Public Defender hereby respectfully moves the Court for an order allowing it to withdraw as counsel of record for Matthew Lee Yensan. The grounds for this motion are that Mr. Yensan has retained Anthony E. Flanagan to represent him, and Mr. Flanagan has filed a Notice of Appearance [DE 11].

WHEREFORE, the Office of the Federal Public Defender respectfully moves the Court for an order allowing it to withdraw as counsel for Matthew Lee Yensan.

Respectfully requested this 18th day of September, 2017.

LOUIS C. ALLEN
Acting Federal Public Defender

/s/ Suzanne Little
SUZANNE LITTLE
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Suzanne_Little@fd.org
Virginia State Bar No. 31344
LR 57.1 Counsel Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

BENJAMIN O. ZELLINGER
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on September 18, 2017, using the CM/ECF system which will send notification of such filing to the above.

This the 18th day of September, 2017.

/s/ Suzanne Little
SUZANNE LITTLE
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Suzanne_Little@fd.org
Virginia State Bar No. 31344
LR 57.1 Counsel Appointed

2

Case 5:17-cr-00303-D   Document 12   Filed 09/18/17   Page 2 of 2