UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-MJ-01829-RN-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| MATTHEW LEE YENSAN | |

This matter came before the undersigned United States Magistrate Judge, upon motion filed by the Office of the Federal Public Defender seeking leave to withdraw as counsel for Matthew Lee Yensan, the Defendant herein.

Based upon a finding that Mr. Yensan has retained Anthony E. Flanagan to represent him and Mr. Flanagan has filed a Notice of Appearance, the Court concludes that the Office of the Federal Public Defender should be granted an order allowing it leave to withdraw as counsel for Matthew Lee Yensan.

NOW, THEREFORE, it is hereby Ordered that the motion filed by the Office of the Federal Public Defender is allowed and that the Office of the Federal Public Defender is granted leave to withdraw as counsel for Matthew Lee Yensan.

SO ORDERED this _____ day of September, 2017.

_____
ROBERT T. NUMBERS, II
United States Magistrate Judge