AO ~~FILED~~ (Rev. ) Arrest Warrant

**SEP 1 8 2017**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

United States of America
v.

)
)
)
)
)
)

Case No. 5:17-mJ-1829-RN

Matthew Lee Yensan

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Matthew Lee Yensan     ,
who is accused of an offense or violation based on the following document filed with the court:

◻ Indictment     ◻ Superseding Indictment     ◻ Information     ◻ Superseding Information     ☑ Complaint
◻ Probation Violation Petition     ◻ Supervised Release Violation Petition     ◻ Violation Notice     ◻ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute a Quantity of Marijuana
18 U.S.C. § 924(c)(1)(A)(i) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Date: 9/13/17

_____
*Issuing officer's signature*

City and state:     Raleigh, NC

Robert T. Numbers, II, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/13/17 , and the person was arrested on *(date)* 9/13/17 at *(city and state)* Raleigh, NC . |
| Date: 9/13/17          M. Pearson, DEA<br>*Arresting officer's signature*<br>J. Griffin, USMS<br>*Printed name and title* |