UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-303-1D(4)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| MATTHEW LEE YENSAN ) | |
| ) | |

COUNT ONE
21 U.S.C. § 841(a)(1)
(Possess with the intent to Distribute Marijuana)

On or about September 12, 2017, in the Eastern District of North Carolina, the defendant, MATTHEW LEE YENSAN, did knowingly possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWO
21 U.S.C. § 841(a)(1)
(Possess with the intent to Distribute Alprazolam)

On or about September 12, 2017, in the Eastern District of North Carolina, the defendant, MATTHEW LEE YENSAN, did knowingly possess with the intent to distribute a quantity of Alprazolam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE
21 U.S.C. § 841(h)
(Distributing a Controlled Substance by Means of the Internet)

Beginning in or about January 1, 2016, the exact date being unknown to the Grand Jury, and continuing up to September 12, 2017, in the Eastern District of North Carolina, the defendant, MATTHEW LEE YENSAN, did knowingly and intentionally distribute a Schedule IV controlled substance, Alprazolam, by means of the Internet, in violation of Title 21, United States Code, Section 841(h).

## COUNT FOUR
18 U.S.C. § 924(c)(1)(A)(i)
(Possessing Firearms in Furtherance of a Drug Trafficking Crime)

On or about September 12, 2017, in the Eastern District of North Carolina, the defendant, MATTHEW LEE YENSAN, did knowingly possess firearms in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is possession with the intent to distribute marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D), as charged in Count One of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE NOTICE

The defendant is given notice of the provisions of Title 21 United States Code, Section 853 and Title 18, United States Code, Section 924(d)(1) that all of his interest in all property specified herein is subject to forfeiture.

As a result of the controlled substance offenses set forth in Counts One through Three of the Indictment, the defendant shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of the said offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses alleged, or any property traceable to such property. As a result of the firearms offense stated in Count Seven, the defendant shall forfeit to the United States any and all firearms or ammunition involved in or used in the offense.

The property to be forfeited includes, but is not limited to, the following:

1. 1 Glock Pistol model 27, .40 cal (S/N BCL 403)
2. 1 Smith & Wesson Revolver .357 (S/N CMM 2086)
3. 1 Colt King Cobra Revolver .357 (S/N EC3715)
4. 1 MP-5 22lr, (S/N A363147)
5. All accompanying ammunition.

6. 2 Bitcoin Cold-Storage Cards

7. 2014 Chevrolet Colorado, VIN 1GCGTCE39F1250141

8. 2014 Chevrolet Corvette, VIN 1G1YM2D76F5108670

9. 2 Jet Skis, VIN YDV06461A414, and VIN YDV41775B515, along with Jet Ski trailer, VIN 4TCSM112XHHL40505

10. 3 pill presses

11. $269,068.00 in cash seized from the Defendant's house

12. 182.7462777 Bitcoin in a Trezor device wallet with an approximate value of $715,151.97

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
FOREPERSON

DATE: 10/3/2017

JOHN STUART BRUCE
United States Attorney

_____
BY: BENJAMIN O. ZELLINGER
Special Assistant United States Attorney