UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00303-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | NOTICE OF APPEARANCE |
| | ) | |
| MATTHEW LEE YENSAN | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 44.1(b), Rosemary Godwin hereby notifies this Honorable Court that she will represent the defendant in the United States District Court for the Eastern District of North Carolina. Furthermore, by filing this Notice of Appearance, Rosemary Godwin certifies that a copy of said Notice has been served upon the Assistant United States Attorney by electronic filing with the Clerk of Court:

    Benjamin O. Zellinger
    Assistant United States Attorney
    310 New Bern Avenue, Suite 800
    Raleigh, NC 27601
    benjamin.zellinger@usdoj.gov

Respectfully submitted this the 21st day of October, 2017.

    /s/Rosemary Godwin
    Rosemary Godwin
    NC Bar 18217
    Attorney for defendant
    434 Fayetteville Street, Suite 2050
    Raleigh, NC 27601
    919-834-6161
    Fax: 919-834-3400
    rosemary@rosemarygodwinlaw.com
    *Designation: Retained Counsel*