UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-303-1D(4)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **MOTION TO WITHDRAW** |
| ) | **AS COUNSEL** |
| MATTHEW LEE YENSAN, ) | |
| ) | |
| Defendant. ) | |

Now comes the firm of The Law Offices of Anthony E. Flanagan, P.A. and Anthony E. Flanagan by the undersigned and submit this motion to withdraw as counsel for Defendant, Matthew Lee Yensan, in the above-referenced matter. The grounds for this motion are that Mr. Yensan retained Rosemary Godwin to represent him and Ms. Godwin has filed a Notice of Appearance. [DE 21].

WHEREFORE, the undersigned respectfully moves this Court for an order allowing them to withdraw as counsel for Matthew Lee Yensan.

Respectfully submitted this the 23rd day of October, 2017.

LAW OFFICES OF ANTHONY E. FLANAGAN, P.A.

/s/ Anthony E. Flanagan
Anthony E. Flanagan
Counsel for Defendant
P.O. Box 19446
Raleigh, North Carolina 27619
Telephone: (919) 889-0607
North Carolina State Bar No. 21385

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon:

BENJAMIN O. ZELLINGER
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

ROSEMARY GODWIN
434 Fayetteville Street, Suite 2050
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on October 24, 2017, using the

CM/ECF system which will send notification of such filing to the above.

This the 23rd day of October, 2017

                                              LAW OFFICES OF ANTHONY E. FLANAGAN, P.A.

                                              /s/ Anthony E. Flanagan
                                              Anthony E. Flanagan
                                              Counsel for Defendant
                                              P.O. Box 19446
                                              Raleigh, North Carolina 27619
                                              Telephone: (919) 889-0607
                                              North Carolina State Bar No. 21385