UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-303-1D(4)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| MATTHEW LEE YENSAN, | ) |
| | ) |
| Defendant. | ) |

This matter came before the undersigned United States Magistrate Judge, upon motion filed by The Law Offices of Anthony E. Flanagan, P.A. and Anthony E. Flanagan seeking leave to withdraw as counsel for Matthew Lee Yensan, the Defendant herein.

Based upon a finding that Mr. Yensan has retained Rosemary Godwin to represent him and Ms. Godwin has filed a Notice of Appearance, the Court concludes that the The Law Offices of Anthony E. Flanagan, P.A. and Anthony E. Flanagan should be granted an order allowing them leave to withdraw as counsel for Matthew Lee Yensan.

NOW, THEREFORE, it is hereby Ordered that the motion filed by The Law Offices of Anthony E. Flanagan, P.A. and Anthony E. Flanagan is allowed and that they are granted leave to withdraw as counsel for Matthew Lee Yensan.

SO ORDERED this __25__ day of October, 2017.

JAMES C. DEVER III
Chief United States District Judge