UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:17-CR-303-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MATTHEW LEE YENSAN, | ) | |
| Defendant | ) | |
| | ) | |

This matter is before the Court on the defendant's unopposed Motion to Extend Time to File Pretrial Motions. Upon good cause shown, it is hereby ORDERED that an extension of time to file any and all pretrial motions is GRANTED. The defendant shall be allowed through and including __November 17, 2017__ to file said motions.

Responses to motions shall be due by __December 1, 2017__.

IT IS FURTHER ORDERED that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. Sect. 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in speedy trial.

IT IS SO ORDERED.

This the __6__ day of November, 2017

JAMES C. DEVER III
United States District Judge