# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH, NORTH CAROLINA

## THE HONORABLE JAMES C. DEVER III
## CHIEF UNITED STATES DISTRICT JUDGE PRESIDING

Motions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court at least five (5) business days prior to the beginning of a session, absent exigent circumstances. Motions to continue filed after the deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.

## CRIMINAL SESSION COMMENCING ON
## MONDAY, DECEMBER 4, 2017 AT 9:00 A.M.

**Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar.**

**MONDAY, DECEMBER 4, 2017 AT 9:00 A.M.**
**ARRAIGNMENTS**

| NAME | PAGE | FILE NO. |
|---|---|---|
| **AQUIRRE-VELASZQUEZ,** Alexis<br>**\*\*INTERPRETER NEEDED\*\***<br>　　AUSA: Sebastian Kielmanovich<br>　　ATTY: James E. Todd, Jr. | 1 | 4:17-CR-29-1-D |
| **COLEMAN,** Cayle Marcus<br>　　AUSA: Scott A. Lemmon<br>　　ATTY: Cindy H. Popkin-Bradley | 2 | 5:17-CR-38-1-D |
| **ESPINDOLA-PINEDA,** Federico<br>**\*\*INTERPRETER NEEDED\*\***<br>　　AUSA: Sebastian Kielmanovich<br>　　ATTY: James E. Todd, Jr. | 3 | 4:17-CR-33-1-D |
| **WILLIAMS,** Kavin Datron<br>　　AUSA: Robert J. Dodson<br>　　ATTY: Marshall H. Ellis | 4 | 5:17-CR-96-1-D |

| | | |
|---|---|---|
| **SIERRA-VILLA,** Homero<br>**\*\*INTERPRETER NEEDED\*\***<br>    AUSA: Sebastian Kielmanovich<br>    ATTY: James E. Todd, Jr. | 5 | 5:17-CR-61-1-D |
| **HOLDEN JR.,** Robert Lee<br>    AUSA: James J. Kurosad<br>    ATTY: Diana H. Pereira | 6 | 5:17-CR-104-1-D |
| **ESPINOZA-EGUIA,** Jose Humberto<br>**\*\*INTERPRETER NEEDED\*\***<br>    AUSA: Sebastian Kielmanovich<br>    ATTY: James E. Todd, Jr. | 7 | 5:17-CR-193-1-D |
| **PICKETT,** Alvin Marion<br>    AUSA: James J. Kurosad<br>    ATTY: Christopher J. Locascio | 8 | 5:17-CR-143-1-D |
| **THOMPSON,** Reginald D.<br>    AUSA: Eleanor Morales<br>    ATTY: Jennifer A. Dominguez | 9 | 5:17-CR-282-1-D |
| **BROWN,** Lawrence T.<br>    AUSA: Eleanor Morales<br>    ATTY: William W. Webb, Jr. | 10 | 5:17-CR-282-2-D |
| **MCKOY,** James Daniel<br>    AUSA: Leslie K. Cooley / Bradford Knott<br>    ATTY: Daniel Donahue | 11 | 7:16-CR-116-2-D |
| **SWEET,** Markese Tyree<br>    AUSA: Tobin W. Lathan<br>    ATTY: Dhamian A. Blue | 12 | 7:17-CR-30-1-D |
| **RADETSKI,** Michael Wayne<br>    AUSA: James J. Kurosad<br>    ATTY: Deirdre A. Murray | 13 | 7:17-CR-82-1-D |

| | | |
|---|---|---|
| **GRADY JR.,** Eugene Telphia | 14 | 7:17-CR-105-4-D |
|     AUSA: Dennis M. Duffy / Jacob D. Pugh | | |
|     ATTY: Richard L. Cannon III | | |
| | | |
| **COOPER,** Michael Deshawn | 15 | 7:17-CR-114-1-D |
|     AUSA: Peggah B. Wilson | | |
|     ATTY: Elisa C. Salmon | | |

## MONDAY, DECEMBER 4, 2017 AT 2:00 P.M.
## DETENTION / REVOCATION OF SUPERVISED RELEASE

**CAPERS,** Fredrick     5:07-CR-111-1-D
    AUSA: Felice Corpening
    ATTY: Cindy J. Bembry

**JONES,** Albert Henry     5:10-CR-144-2-D
    AUSA: Leslie K. Cooley
    ATTY: Cindy J. Bembry

## TUESDAY, DECEMBER 5, 2017 AT 9:00 A.M.
## SENTENCING

**MILLAN-RASCON,** Jesus Antonio     5:17-CR-36-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Sebastian Kielmanovich
    ATTY: Michael C. Fitzpatrick

**CRUZ-HERNANDEZ,** Jose Luis     5:17-CR-198-1-D
    AUSA: Sebastian Kielmanovich
    ATTY: Robert E. Waters

**GUTIERREZ,** Juan Carlos     5:17-CR-109-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Sebastian Kielmanovich
    ATTY: James E. Todd, Jr.

**JOYNER,** Kendrick Deonte     5:16-CR-168-1-D
    AUSA: John H. Bennett
    ATTY: Marshall H. Ellis

**LOCKLEAR,** Daniel Wayne                                          7:17-CR-7-1-D
    AUSA: Daniel P. Bubar
    ATTY: Marshall H. Ellis


**TUESDAY, DECEMBER 5, 2017 AT 1:00 P.M.**
**SENTENCING**
**JONES,** Darrius Rashard                                          5:16-CR-309-1-D
    AUSA: Peggah B. Wilson
    ATTY: Deirdre A. Murray

**MCCALL,** Dashawn Jewelin                                         5:17-CR-98-1-D
    AUSA: James J. Kurosad
    ATTY: Robert E. Waters

**JACKSON,** Roger Tyrone                                           5:17-CR-105-1-D
    AUSA: James J. Kurosad
    ATTY: Halerie F. Mahan


**WEDNESDAY, DECEMBER 6, 2017 AT 9:00 A.M.**
**SENTENCING**
**LOCKLEAR,** Torrey                                                7:17-CR-35-5-D
    AUSA: Lawrence J. Cameron
    ATTY: William W. Webb, Jr.

**NEAL,** Raymond Demont                                            5:17-CR-66-1-D
    AUSA: S. Katherine Burnette
    ATTY: Diana H. Pereira

**DRAKE,** Keenan Gerron                                            7:17-CR-19-3-D
    AUSA: S. Katherine Burnette
    ATTY: Joshua B. Howard

**MONDAY, DECEMBER 11, 2017 AT 9:00 A.M.**
**ARRAIGNMENTS**

| NAME | PAGE | FILE NO. |
|---|---|---|
| **GUTIERREZ-CHAVEZ,** Miguel<br>**\*\*INTERPRETER NEEDED\*\***<br>　　AUSA: Sebastian Kielmanovich<br>　　ATTY: James A. Martin | 1 | 2:17-CR-20-1-D |
| **ROSS,** Lewis Eugene<br>　　AUSA: John H. Bennett<br>　　ATTY: Deirdre A. Murray | 2 | 5:16-CR-227-1-D |
| **RIVERO,** Isidoro Perez<br>**\*\*INTERPRETER NEEDED\*\***<br>　　AUSA: Adam F. Hulbig<br>　　ATTY: Raymond C. Tarlton / James B. Polk | 3 | 7:17-CR-50-1-D |
| **DAVIS,** Jatwaun Donkes<br>　　AUSA: S. Katherine Burnette<br>　　ATTY: Mitchell G. Styers | 4 | 5:17-CR-231-1-D |
| **VILLAVICENCIO,** Yulian Manuel<br>**\*\*INTERPRETER NEEDED\*\***<br>　　AUSA: Adam F. Hulbig<br>　　ATTY: Kevin M. Marcilliat | 5 | 7:17-CR-50-2-D |
| **YENSAN,** Matthew Lee<br>　　AUSA: Benjamin O. Zellinger<br>　　ATTY: Rosemary Godwin | 6 | 5:17-CR-303-1-D |
| **BARNES JR.,** Anthony Lee<br>　　AUSA: Leslie K. Cooley / Bradford Knott<br>　　ATTY: Chad E. Axford | 7 | 7:16-CR-116-5-D |
| **WILLIAMS,** David Fitzgerald<br>　　AUSA: Leslie K. Cooley / Bradford Knott<br>　　ATTY: Daniel M. Blau | 8 | 7:16-CR-116-22-D |

**REVELS,** Kevin Dwayne  9  7:17-CR-35-6-D
    AUSA: Lawrence J. Cameron
    ATTY: Christopher B. Venters

**CLARK JR.,** Kevin Jeffery  10  7:17-CR-35-7-D
    AUSA: Lawrence J. Cameron
    ATTY: James R. Van Camp

**LEWIS JR.,** Nathaniel  11  7:17-CR-57-2-D
    AUSA: Lawrence J. Cameron
    ATTY: Elizabeth D. Hopkins Thomas

**UNDERWOOD,** Jimmy Levon  12  7:17-CR-92-2-D
    AUSA: Dennis M. Duffy
    ATTY: Diana H. Pereira

**PARKER,** Rufus Lamar  13  7:17-CR-105-1-D
    AUSA: Dennis M. Duffy / Jacob D. Pugh
    ATTY: Halerie F. Mahan

**HOOPER JR.,** Sylvester Lorenzo  14  7:17-CR-105-2-D
    AUSA: Dennis M. Duffy / Jacob D. Pugh
    ATTY: Terry Rose

**FRANKEL,** Adam Geoffrey  15  5:17-CR-141-1-D
    AUSA: Melissa B. Kessler
    ATTY: Elliot S. Abrams

**MONDAY, DECEMBER 11, 2017 AT 2:00 P.M.**
**DETENTION / REVOCATION OF SUPERVISED RELEASE**
**MCMILLAN,** Michael John  5:15-CR-12-1-D
    AUSA: Ethan A. Ontjes
    ATTY: Cindy J. Bembry

**PROBATION EVIDENTIARY HEARING**
**SILVER,** Elijah  4:06-CR-57-1-D
    AUSA: Dena J. King
    ATTY: Cindy J. Bembry

**WEDNESDAY, DECEMBER 13, 2017 AT 9:00 A.M.**
**SENTENCING**
**EVANS,** Christopher Darnell                                5:16-CR-12-9-D
    AUSA: Dena J. King / Scott A. Lemmon
    ATTY: William M. Dowling

**GAST,** Katherine Victoria                                  5:16-CR-12-11-D
    AUSA: Dena J. King / Scott A. Lemmon
    ATTY: Sean P. Vitrano

**SMITH,** Travious Devon                                     5:17-CR-151-1-D
    AUSA: John H. Bennett
    ATTY: Diana H. Pereira

**DENTON,** Stevon Ray                                        5:17-CR-152-1-D
    AUSA: John H. Bennett
    ATTY: Joseph H. Craven

**MACEDO-FLORES,** Joel Antonio                               5:17-CR-186-1-D
    AUSA: Scott A. Lemmon
    ATTY: Laura E. Beaver


**WEDNESDAY, DECEMBER 13, 2017 AT 1:00 P.M.**
**SENTENCING**
**HOLLAND III,** Ernest James                                 5:16-CR-23-1-D
    AUSA: S. Katherine Burnette
    ATTY: Susan M. Umstead / Christopher J. Locascio

**CARNEY,** Randy Lee                                         5:16-CR-223-1-D
    AUSA: Benjamin O. Zellinger
    ATTY: Robert E. Waters

**MITCHELL,** Maurio Tajara                                   5:16-CR-111-1-D
    AUSA: Leslie K. Cooley
    ATTY: Alton R. Williams

**DAYE,** Mark Anthony                                              5:16-CR-111-2-D
    AUSA: Leslie K. Cooley
    ATTY: Nardine M. Guirguis

**LEDBETTER,** Sandy Darnell                                        5:16-CR-111-8-D
    AUSA: Leslie K. Cooley
    ATTY: A. Patrick Roberts


**THURSDAY, DECEMBER 14, 2017 AT 1:00 P.M.**
**SENTENCING**
**LENZY,** Richard                                                  4:17-CR-13-1-D
    AUSA: William G. Perry
    ATTY: David W. Long

**WHITE,** Dahresha                                                 5:17-CR-234-1-D
    AUSA: Daniel P. Bubar
    ATTY: Robert L. Cooper

**SMITH,** Brandon O'Brian                                          7:16-CR-116-12-D
    AUSA: Leslie K. Cooley / Bradford Knott
    ATTY: Jason R. Harris

**GARNER,** Donald Ray                                              7:16-CR-116-19-D
    AUSA: Leslie K. Cooley / Bradford Knott
    ATTY: Robert L. Cooper


**MONDAY, DECEMBER 18, 2017 AT 10:30 A.M.**
**SENTENCING**
**BROOM JR.,** Leroy                                                5:17-CR-128-1-D
    AUSA: Erin C. Blondel
    ATTY: Richard Croutharmel

**HUNT,** Timmy Lloyd                                               7:17-CR-35-2-D
    AUSA: Lawrence J. Cameron
    ATTY: Brett T. Wentz

**LOCKLEAR,** Brandon Darris 7:17-CR-35-3-D
    AUSA: Lawrence J. Cameron
    ATTY: Carlton M. Mansfield

**LOCKLEAR,** Christopher Mitchell 7:17-CR-35-4-D
    AUSA: Lawrence J. Cameron
    ATTY: Jamie L. Vavonese


## THURSDAY, DECEMBER 21, 2017 AT 9:00 A.M.
## MOTION HEARING
**DAVIS,** Howard 5:17-CR-174-1-D
    AUSA: Eleanor Morales
    ATTY: Geoffrey W. Hosford


## THURSDAY, DECEMBER 21, 2017 AT 1:00 P.M.
## ARRAIGNMENTS

| NAME | PAGE | FILE NO. |
|---|---|---|
| **NEWSOME,** Lydell Shavon | 1 | 2:17-CR-7-1-D |
|     AUSA: John H. Bennett | | |
|     ATTY: Elizabeth D. Hopkins Thomas | | |
| | | |
| **BATTS,** Stephen Glenn | 2 | 5:17-CR-156-1-D |
|     AUSA: James J. Kurosad | | |
|     ATTY: Joseph H. Craven | | |
| | | |
| **DAVIS,** Howard | 3 | 5:17-CR-174-1-D |
|     AUSA: Eleanor Morales | | |
|     ATTY: Geoffrey W. Hosford | | |
| | | |
| **BAKER,** Newton David | 4 | 5:17-CR-284-1-D |
|     AUSA: Peggah B. Wilson | | |
|     ATTY: Joseph H. Craven | | |
| | | |
| **GHANJANASAK,** Tanyatorn | 5 | 5:17-CR-299-1-D |
|     AUSA: William M. Gilmore | | |
|     ATTY: Robert H. Hale, Jr. / David H. Thomas | | |

**BRANTLEY,** Tyson Sequawn                                6              5:17-CR-305-1-D
    AUSA: Jacob D. Pugh
    ATTY: Lauren H. Brennan

**BOOKER,** Jarod Da'Zhaun                                 7              5:17-CR-313-1-D
    AUSA: Daniel P. Bubar
    ATTY: Lauren H. Brennan

**BARNES,** Anthony Rashon                                 8              5:17-CR-313-2-D
    AUSA: Daniel P. Bubar
    ATTY: Jim Melo

**BLANKS JR.,** Marvin Earl                                9              7:17-CR-61-1-D
    AUSA: Jacob D. Pugh
    ATTY: Deirdre A. Murray

**BLANDSHAW,** Brent Delquay                               10             7:17-CR-122-1-D
    AUSA: Dennis M. Duffy / Jacob D. Pugh
    ATTY: James M. Ayers, II

**TILLERY,** Ricardo Quamaine                              11             7:17-CR-123-1-D
    AUSA: Dennis M. Duffy / Jacob D. Pugh
    ATTY: Kelly M. Dagger / Paul K. Sun

**MILLER,** Christopher David                              12             7:17-CR-124-1-D
    AUSA: Dennis M. Duffy / Jacob D. Pugh
    ATTY: Geoffrey W. Hosford

**INABINETT,** Delric Devan                                13             7:17-CR-127-1-D
    AUSA: Dennis M. Duffy / Jacob D. Pugh
    ATTY: Mark A. Perry

## PLEA TO CRIMINAL INFORMATION
**ROSE,** Samuel Edward                                    14             5:17-CR-307-1-D
    AUSA: Eleanor Morales / James J. Kurosad
    ATTY: Leza L. Driscoll

**FRANKLIN,** Jamie Brooks                                 15             5:17-CR-332-1-D
    AUSA: Ethan A. Ontjes
    ATTY: John P. O'Hale / Joseph E. Zeszotarski, Jr.

Page 10 of 11

Case 5:17-cr-00303-D   Document 26   Filed 11/20/17   Page 10 of 11

**FRIDAY, DECEMBER 22, 2017 AT 9:00 A.M.**
**SENTENCING**
**GOMEZ-GONZALEZ,** Ricardo                                              5:17-CR-192-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Sebastian Kielmanovich
    ATTY: Deirdre A. Murray

**ORDUNO-BUSTAMANTE,** Gilberto                                          5:17-CR-69-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Sebastian Kielmanovich
    ATTY: James E. Todd, Jr.

**RENTERIA-GOMEZ,** Felipe                                               5:17-CR-145-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Sebastian Kielmanovich
    ATTY: James E. Todd, Jr.

**RIOS-MARTINEZ,** Rosalindo                                             7:17-CR-64-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Sebastian Kielmanovich
    ATTY: James E. Todd, Jr.


**FRIDAY, DECEMBER 22, 2017 AT 1:00 P.M.**
**SENTENCING**
**CORPENING,** Reginald                                                  5:16-CR-231-2-D
    AUSA: Edward D. Gray
    ATTY: Halerie F. Mahan

**PARKER,** Andrekia Jolanda                                             7:16-CR-116-3-D
    AUSA: Leslie K. Cooley / Bradford Knott
    ATTY: Lewis A. Thompson, III

**MELVIN,** Earl Jeffrey                                                 7:16-CR-116-9-D
    AUSA: Leslie K. Cooley / Bradford Knott
    ATTY: Stephen E. Webb, II