UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO: 5:17-CR-303-1D(4)

| UNITED STATES OF AMERICA | } | |
| | } | |
| v. | } | ORDER |
| | } | |
| MATTHEW LEE YENSAN | } | |

Upon the defendant's unopposed motion to continue the arraignment and trial set for this Court's December 7, 2017 term of Court, this Court finds that good cause has been shown to allow the motion to continue;

It is hereby ORDERED that the defendant's motion to continue is ALLOWED; and the arraignment and trial in this matter are continued to:

_____.

The period of time occasioned by this continuance is excluded from Speedy Trial Act calculations on the grounds that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. Sect. 3161 (h)(7)(A).

SO ORDERED.

This the _____ day of _____, 2017.

_____
JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT COURT JUDGE