# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH, NORTH CAROLINA

## THE HONORABLE JAMES C. DEVER III
## CHIEF UNITED STATES DISTRICT JUDGE PRESIDING

Motions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court at least five (5) business days prior to the beginning of a session, absent exigent circumstances. Motions to continue filed after the deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.

## CRIMINAL SESSION COMMENCING ON
## TUESDAY, JANUARY 23, 2018 AT 9:00 A.M.

**Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar.**

**TUESDAY, JANUARY 23, 2018 AT 9:00 A.M.**
**ARRAIGNMENTS**

| NAME | PAGE | FILE NO. |
|---|---|---|
| **EVANS**, Otrell Deshone | 1 | 4:17-CR-50-1-D |
|     **AUSA:** William Glenn Perry | | |
|     **ATTY:** Katherine E. Shea | | |
| | | |
| **COLEMAN**, Cayle Marcus | 2 | 5:17-CR-38-1-D |
|     **AUSA**: Scott A. Lemmon | | |
|     **ATTY**: Cindy Helene Popkin-Bradley | | |
| | | |
| **WILLIAMS**, Kavin Datron | 3 | 5:17-CR-96-1-D |
|     **AUSA**: Robert J Dodson | | |
|     **ATTY**: Marshall H. Ellis | | |
| | | |
| **BATTS**, Stephen Glenn | 4 | 5:17-CR-156-1-D |
|     **AUSA**: James J. Kurosad | | |
|     **ATTY**: Joseph H. Craven | | |

| | | |
|---|---|---|
| **BAKER**, Newton David | 5 | 5:17-CR-284-1-D |
|     **AUSA**: Peggah B. Wilson | | |
|     **ATTY**: Joseph H. Craven | | |
| | | |
| **GHANJANASAK**, Tanyatorn | 6 | 5:17-CR-299-1-D |
|     **AUSA**: William M. Gilmore | | |
|     **ATTY**: Robert Hood Hale Jr. / David H. Thomas | | |
| | | |
| **YENSAN**, Matthew Lee | 7 | 5:17-CR-303-1-D |
|     **AUSA**: Benjamin O. Zellinger | | |
|     **ATTY**: Rosemary Godwin | | |
| | | |
| **GARDNER**, Brian Allen | 8 | 5:17-CR-346-1-D |
|     **AUSA**: Bradford Knott | | |
|     **ATTY**: Christian Emerson Dysart / Geoffrey Ryan Willis / Joseph E. Houchin | | |
| | | |
| **HARSTINE**, Sean Jason | 9 | 5:17-CR-346-2-D |
|     **AUSA**: Bradford Knott | | |
|     **ATTY**: Richard Croutharmel | | |
| | | |
| **PATE**, Crystal Marie | 10 | 5:17-CR-346-3-D |
|     **AUSA**: Bradford Knott | | |
|     **ATTY**: Stephen Ervin Webb II | | |
| | | |
| **PARKER**, James Madison | 11 | 5:17-CR-346-4-D |
|     **AUSA**: Bradford Knott | | |
|     **ATTY**: J. Franklin Jackson | | |
| | | |
| **BARNES JR.**, Anthony Lee | 12 | 7:16-CR-116-5-D |
|     **AUSA**: Bradford Knott | | |
|     **ATTY**: Chad E. Axford | | |
| | | |
| **SWEET**, Markese Tyree | 13 | 7:17-CR-30-1-D |
|     **AUSA**: Tobin W Lathan | | |
|     **ATTY**: Dhamian A. Blue | | |
| | | |
| **PARKER**, Rufus Lamar | 14 | 7:17-CR-105-1-D |
|     **AUSA**: Dennis M. Duffy / Jacob D. Pugh | | |
|     **ATTY**: Halerie F. Mahan | | |

**HOOPER JR.**, Sylvester Lorenzo      15      7:17-CR-105-2-D
    **AUSA**: Dennis M. Duffy / Jacob D. Pugh
    **ATTY**: Terry Rose

**FLOWERS**, James      16      7:17-CR-105-3-D
    **AUSA**: Dennis M. Duffy / Jacob D. Pugh
    **ATTY**: John Keating Wiles

**DORM**, Victor Eugene      17      7:17-CR-105-5-D
    **AUSA**: Dennis M. Duffy / Jacob D. Pugh
    **ATTY**: Michael C. Fitzpatrick

**VAUGHT**, Joseph Anthony      18      7:17-CR-105-6-D
    **AUSA**: Dennis M. Duffy / Jacob D. Pugh
    **ATTY**: Curtis R. High

**INABINETT**, Delric Devan      19      7:17-CR-127-1-D
    **AUSA**: Dennis M. Duffy / Jacob D. Pugh
    **ATTY**: Mark A. Perry

**PLEA TO CRIMINAL INFORMATION**
**FRANKLIN**, Jamie Brooks      20      5:17-CR-332-1-D
    **AUSA**: Ethan A. Ontjes
    **ATTY**: John P. O'Hale / Joseph E. Zeszotarski Jr.


**WEDNESDAY, JANUARY 24, 2018 AT 9:00 A.M.**
**SENTENCING**
**HARRELL**, Grant Rasheed      2:17-CR-7-2-D
    **AUSA**: John H. Bennett
    **ATTY**: Myron T. Hill, Jr.

**CHAMBERS**, David Michael      4:17-CR-37-1-D
    **AUSA**: John H. Bennett
    **ATTY**: Frank H. Harper II

**WHITE JR.**, Reid Whitford      4:16-CR-53-1-D
    **AUSA**: Banu Rangarajan
    **ATTY**: Matthew W. Buckmiller

**MCNAIR**, Cleveland                                               5:16-CR-12-8-D
    **AUSA**: Dena J. King / Scott A. Lemmon
    **ATTY**: Curtis R. High

**NEAL,** Raymond Demont                                            5:17-CR-66-1-D
    **AUSA**: S. Katherine Burnette
    **ATTY**: Diana Helene Pereira


**<u>WEDNESDAY, JANUARY 24, 2018 AT 1:00 P.M.</u>**
**<u>SENTENCING</u>**
**ROUSE**, Nyquay Akei                                              7:16-CR-120-8-D
    **AUSA**: Tobin W Lathan
    **ATTY**: Joseph L. Bell Jr.

**GUTIERREZ**, Juan Carlos                                          5:17-CR-109-1-D
**\*\*INTERPRETER NEEDED\*\***
    **AUSA**: Sebastian Kielmanovich
    **ATTY**: James E. Todd Jr.

**GOMEZ-GONZALEZ**, Ricardo                                         5:17-CR-192-1-D
**\*\*INTERPRETER NEEDED\*\***
    **AUSA**: Sebastian Kielmanovich
    **ATTY**: Deirdre A. Murray

**MELO-CANALES**, Gabriel                                           7:17-CR-101-1-D
**\*\*INTERPRETER NEEDED\*\***
    **AUSA**: Sebastian Kielmanovich
    **ATTY**: Deirdre A. Murray

**THURSDAY, JANUARY 25, 2018 AT 9:00 A.M.**
**SENTENCING**

**HANNAH III**, Gordon     5:17-CR-120-1-D
    **AUSA**: Jacob D. Pugh
    **ATTY**: Marshall H. Ellis

**LOCKLEAR**, Demetrus     7:16-CR-30-2-D
    **AUSA**: Lawrence Jason Cameron
    **ATTY**: Marshall H. Ellis / Halerie F. Mahan

**ANDREWS**, Anthony     7:16-CR-30-3-D
    **AUSA**: Lawrence Jason Cameron
    **ATTY**: Todd Allen Smith

**MELVIN**, Earl Jeffrey     7:16-CR-116-9-D
    **AUSA**: Bradford Knott
    **ATTY**: Stephen Ervin Webb II

**GARNER,** Donald Ray     7:16-CR-116-19-D
    **AUSA**: Bradford Knott
    **ATTY**: Robert Lonnie Cooper

**FRIDAY, JANUARY 26, 2018 AT 9:00 A.M.**
**SENTENCING**

**CHAVIS,** Tina     7:16-CR-30-4-D
    **AUSA**: Lawrence Jason Cameron
    **ATTY**: J. Franklin Jackson

**HUNT**, Timmy Lloyd     7:17-CR-35-2-D
    **AUSA**: Lawrence Jason Cameron
    **ATTY**: Brett T. Wentz

**LOCKLEAR**, Brandon Darris     7:17-CR-35-3-D
    **AUSA**: Lawrence Jason Cameron
    **ATTY**: Carlton M. Mansfield

**ROBERTS**, Shamel     7:17-CR-92-1-D
    **AUSA**: Dennis M. Duffy
    **ATTY**: Geoffrey W. Hosford

**BARNHILL**, Valerie     7:17-CR-92-3-D
    **AUSA**: Dennis M. Duffy
    **ATTY**: Edward Kemp Roberts III


**FRIDAY, JANUARY 26, 2018 AT 1:00 P.M.**
**SENTENCING**
**CARNEY**, Randy Lee     5:16-CR-223-1-D
    **AUSA**: Benjamin O. Zellinger
    **ATTY**: Robert E Waters

**OAKLEY**, Robert Edward     5:17-CR-225-1-D
    **AUSA**: Benjamin O. Zellinger
    **ATTY**: Diana Helene Pereira

**DETENTION HEARING/REVOCATION OF SUPERVISED RELEASE**
**JONES**, Jerome Maurease     5:06-CR-66-1-D
    **AUSA**: Felice Corpening
    **ATTY**: Cindy J. Bembry

**MILLER**, Brandon Rasheed     5:06-CR-175-1-D
    **AUSA**: S. Katherine Burnette
    **ATTY**: Rosemary Godwin


**FRIDAY, JANUARY 26, 2018 AT 2:00 P.M.**
**DETENTION HEARING/REVOCATION OF SUPERVISED RELEASE**
**JONES**, Albert Henry     5:10-CR-144-2-D
    **AUSA**: Tobin W. Lathan
    **ATTY**: Cindy J. Bembry

**BETHEA**, Jeffrey Desmond     5:17-CR-327-1-D
    **AUSA**: Jacob D. Pugh
    **ATTY**: Cindy J. Bembry

**PEREZ JR.**, Roberto                               7:06-CR-31-1-D
    **AUSA**: Ethan A. Ontjes
    **ATTY**: Geoffrey W. Hosford


## FRIDAY, FEBRUARY 2, 2018 AT 9:00 A.M.
## STATUS CONFERENCE

**DEVINE,** Demetrice R.                             5:16-CR-12-1-D
    **AUSA:** Dena J. King / Scott A. Lemmon
    **ATTY:** Mark E. Edwards

**DEVINE,** Dontaous Demond                          5:16-CR-12-4-D
    **AUSA:** Dena J. King / Scott A. Lemmon
    **ATTY:** David W. Venable

**TONEY,** Demetrius Deshaun                         5:16-CR-12-5-D
    **AUSA:** Dena J. King / Scott A. Lemmon
    **ATTY:** Elliot S. Abrams

**MANGUM,** Brandon Jowan                            5:16-CR-12-6-D
    **AUSA:** Dena J. King / Scott A. Lemmon
    **ATTY:** Christian E. Dysart / Joseph E. Houchin / Meredith W. Hubbard