UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-00303-D

UNITED STATES OF AMERICA          )
                                  )     NOTICE OF SUBSTITUTION
            v.                    )          OF COUNSEL
                                  )
MATTHEW LEE YENSAN                )


 NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and gives notice to this Honorable Court of the substitution of the undersigned Assistant United States Attorney as counsel for the Government in the above-referenced action.

 Respectfully submitted, this the 22nd day of March, 2018.


     ROBERT J. HIGDON, JR.
     United States Attorney


     /s/ Daniel P. Bubar
     DANIEL P. BUBAR
     Assistant United States Attorney
     Criminal Division
     310 New Bern Avenue, Suite 800
     Raleigh, NC 27601-1461
     Telephone:  919-856-4879
     Facsimile:  919-856-4487
     Email: daniel.bubar@usdoj.gov
     IL Bar No. 6282587

<u>CERTIFICATE OF SERVICE</u>

I certify that I have on this the 22nd day of March, 2018, by filing an electronic copy of the same, served a copy of the foregoing Notice upon counsel for Defendant:

Rosemary Godwin
434 Fayetteville St., Suite 2050
Raleigh, NC 27601

<u>/s/ Daniel P. Bubar</u>
DANIEL P. BUBAR
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: 919-856-4879
Facsimile: 919-856-4487
Email: <u>daniel.bubar@usdoj.gov</u>
IL Bar No. 6282587