UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-303-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | UNOPPOSED |
| V. | ) | MOTION TO CONTINUE |
| | ) | SENTENCING HEARING |
| MATTHEW LEE YENSAN | ) | |

NOW COMES defendant Matthew Lee Yensan, by and through his undersigned counsel, and moves this Court for an Order continuing his sentencing hearing which is presently scheduled for April 30, 2018. The grounds for this motion are as follows:

1. On January 23, 2018, defendant Matthew Lee Yensan pled guilty to Possession with the Intent to Distribute a Quantity of Alprazolam; Distribution of a Quantity of Alprazolam by Means of the Internet; Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Engaging in a Monetary Transaction in Property Derived from Specified Unlawful Activity; and International Money Laundering.

2. On March 26, 2018, United States Probation provided the first draft of the Presentence Report. Defendant, through undersigned counsel, has filed timely objections which do impact the proposed advisory guideline range. The parties are in need of additional time to investigate issues raised by defendant's objections. The parties are working to resolve these objections without the necessity of an adversarial sentencing hearing.

3. Undersigned counsel has advised the government of her intent to move for a continuance in this matter. Assistant United States Attorney Dan Bubar has advised the government does not oppose defendant's motion to continue in this matter.

4. The interests of justice in allowing this continuance outweigh the defendant's and the public's interests in a speedy trial. 18 U.S.C. Sect. 3161(h).

Based on the foregoing, the undersigned respectfully moves this Court continue the sentencing hearing in this matter until this Court's 21st day of May, 2018 term of court.

Respectfully submitted this the 17th day of April 2018.

/s/Rosemary Godwin
Rosemary Godwin
Attorney for defendant
NC Bar No. 18217
434 Fayetteville Street, Suite 2050
Raleigh, NC 27601
919-834-6161
Fax: 919-834-3400
rosemary@rosemarygodwinlaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was duly served upon:

Dan Bubar
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC  27601

    by electronic filing a copy of same with the Clerk of Court for the Eastern District of North Carolina on this the 17th day of April 2018.

                                                 /s/Rosemary Godwin
                                                 Rosemary Godwin
                                                 Attorney for defendant