UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO: 5:17-CR-303-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MATTHEW LEE YENSAN | ) | |

Upon the defendant's unopposed motion to continue the sentencing hearing currently set for April 30, 2018, this Court finds that good cause has been shown to allow the motion to continue;

It is hereby ORDERED that the defendant's motion to continue is ALLOWED; and the sentencing hearing in this matter is continued to this Court's May 21, 2018 term of court.

The period of time occasioned by this continuance is excluded from Speedy Trial Act calculations on the grounds that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. Sect. 3161 (h)(7)(A).

SO ORDERED.

This the __19__ day of April, 2018.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE