UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH, NORTH CAROLINA

## THE HONORABLE JAMES C. DEVER III
## CHIEF UNITED STATES DISTRICT JUDGE PRESIDING

Motions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court at least five (5) business days prior to the beginning of a session, absent exigent circumstances. Motions to continue filed after the deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.

## CRIMINAL SESSION COMMENCING ON
## WEDNESDAY, MAY 23, 2018 AT 9:00 A.M.

**Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar. Unless otherwise noted, all hearings shall be in courtroom #1 - 7th floor.**

**WEDNESDAY, MAY 23, 2018 AT 9:00 A.M.**
**5TH FLOOR COURTROOM**
**SENTENCING**

| NAME | FILE NO. |
|---|---|
| **PICKETT,** Alvin Marion<br>    AUSA: James J. Kurosad<br>    ATTY: Christopher J. Locascio | 5:17-CR-143-1-D |
| **BLANKS JR.,** Marvin Earl<br>    AUSA: Jacob D. Pugh<br>    ATTY: Deirdre A. Murray | 7:17-CR-61-1-D |
| **GRADY JR.,** Eugene Telphia<br>    AUSA: Dennis M. Duffy / Jacob D. Pugh<br>    ATTY: Richard L. Cannon, III | 7:17-CR-105-4-D |
| **SMITH,** Anthony Javon<br>    AUSA: Dennis M. Duffy / Jacob D. Pugh<br>    ATTY: Walter H. Paramore, III | 7:17-CR-125-1-D |

| | |
|---|---|
| **BATTS,** Stephen Glenn | 5:17-CR-156-1-D |
|     AUSA: James J. Kurosad | |
|     ATTY: Joseph H. Craven | |

**THURSDAY, MAY 24, 2018 AT 9:00 A.M.**
**5ᵀᴴ FLOOR COURTROOM**
**SENTENCING**

| | |
|---|---|
| **MAHAM,** Afries Sandonicaes | 5:17-CR-266-1-D |
|     AUSA: S. Katherine Burnette | |
|     ATTY: Robert E. Waters | |
| | |
| **MCARTHUR,** Antonio Rashawn | 5:17-CR-396-1-D |
|     AUSA: Peggah B. Wilson | |
|     ATTY: Robert E. Waters | |
| | |
| **COOPER,** Michael Deshawn | 7:17-CR-114-1-D |
|     AUSA: Peggah B. Wilson | |
|     ATTY: Elisa C. Salmon | |
| | |
| **RHEM JR.,** Joe Francis | 7:16-CR-50-1-D |
|     AUSA: Laura S. Howard | |
|     ATTY: Kelly L. Greene / Thomas R. Wilson | |
| | |
| **FRANKEL,** Adam Geoffrey | 5:17-CR-141-1-D |
|     AUSA: Melissa B. Kessler | |
|     ATTY: Elliot S. Abrams / Joseph B. Cheshire V | |

**FRIDAY, MAY 25, 2018 AT 1:00 P.M.**
**5ᵀᴴ FLOOR COURTROOM**
**SENTENCING**

| | |
|---|---|
| **EDWARDS,** Corey Michael | 5:17-CR-118-1-D |
|     AUSA: John H. Bennett | |
|     ATTY: Geoffrey R. Willis | |
| | |
| **CHAVIS,** Tina | 7:16-CR-30-4-D |
|     AUSA: Lawrence J. Cameron | |
|     ATTY: J. Franklin Jackson | |

**FEENEY,** John                                                7:16-CR-30-5-D
    AUSA: Lawrence J. Cameron
    ATTY: H. Gerald Beaver

**REVELS,** Kevin Dwayne                                        7:17-CR-35-6-D
    AUSA: Lawrence J. Cameron
    ATTY: Christopher B. Venters

**GODWIN,** Austin Aaron                                        7:17-CR-35-10-D
    AUSA: Lawrence J. Cameron
    ATTY: Wayne J. Payne

**TUESDAY, MAY 29, 2018 AT 9:00 A.M.**
**ARRAIGNMENTS**

| NAME | PAGE | FILE NO. |
|---|---|---|
| **CINTRON-QUINONES,** Bryan<br>**\*\*INTERPRETER NEEDED\*\***<br>    AUSA: Robert J. Dodson<br>    ATTY: Robert E. Waters | 1 | 5:17-CR-349-1-D |
| **LATORRES,** Luis Joel Robles<br>**\*\*INTERPRETER NEEDED\*\***<br>    AUSA: Lawrence J. Cameron<br>    ATTY: Laura E. Beaver | 2 | 5:17-CR-392-1-D |
| **RIVERO,** Isidoro Perez<br>**\*\*INTERPRETER NEEDED\*\***<br>    AUSA: Adam F. Hulbig<br>    ATTY: Raymond C. Tarlton / James B. Polk | 3 | 7:17-CR-50-1-D |
| **BULLOCK,** Preston<br>    AUSA: Daniel P. Bubar<br>    ATTY: Marshall H. Ellis | 4 | 4:18-CR-2-1-D |
| **ALAYAH,** Faozi Saleh<br>    AUSA: Sebastian Kielmanovich<br>    ATTY: James E. Todd Jr. / Jaclyn L. DiLauro | 5 | 4:18-CR-10-1-D |

**WIGGINS,** James Scott                 6        4:18-CR-20-1-D
    AUSA: Banu Rangarajan                    *Criminal Information*
    ATTY: Katherine E. Shea

**BOONE,** Tyrell Dashawn               7        5:17-CR-250-1-D
    AUSA: Lawrence J. Cameron
    ATTY: Camden R. Webb

**MITCHELL,** Derrick                   8        5:17-CR-314-1-D
    AUSA: Eleanor Morales
    ATTY: Marshall H. Ellis

**WHITAKER,** James Edward              9        5:17-CR-374-1-D
    AUSA: S. Katherine Burnette
    ATTY: Diana H. Pereira

**OWENS,** Cecil Kent                   10       5:17-CR-389-2-D
    AUSA: Peggah B. Wilson
    ATTY: Marshall H. Ellis

**CAMPBELL,** Cairro Julius             11       5:17-CR-392-3-D
    AUSA: Lawrence J. Cameron
    ATTY: Joshua B. Howard

**TURNER,** Christopher Madison         12       5:18-CR-55-1-D
    AUSA: Peggah B. Wilson
    ATTY: Christopher J. Locascio

**BERRUN-ZARAGOZA,** Jesus Fernando     13       5:18-CR-92-1-D
    AUSA: Eleanor Morales
    ATTY: James E. Todd, Jr.

**BRINSON,** Adam                       14       7:17-CR-128-2-D
    AUSA: S. Katherine Burnette
    ATTY: Jamie L. Vavonese

**HODGES,** Alphonzo Cordell            15       7:17-CR-128-3-D
    AUSA: S. Katherine Burnette
    ATTY: Wes J. Camden

**JENKINS,** Randon Austin                                  16          7:18-CR-6-1-D
    AUSA: Laura S. Howard
    ATTY: Marshall H. Ellis

## WEDNESDAY, MAY 29, 2018 AT 1:00 P.M.
## MOTION HEARING

**BARNES,** Sean Trent                                            5:17-CR-158-1-D
    AUSA: Bradford Knott
    ATTY: Wayne J. Payne

## WEDNESDAY, MAY 29, 2018 AT 3:00 P.M.
## MOTION HEARING

**FLOWERS,** James                                                7:17-CR-105-3-D
    AUSA: Dennis M. Duffy / Jacob D. Pugh
    ATTY: Lewis A. Thompson, III

## WEDNESDAY, MAY 30, 2018 AT 9:00 A.M.
## SENTENCING

**WILLIAMS JR.,** Wayne Devone                          5:17-CR-388-1-D
    AUSA: Lawrence J. Cameron
    ATTY: William W. Webb, Jr.

**MEJIAS,** Wilmer Luis                                       5:17-CR-392-2-D
    AUSA: Lawrence J. Cameron
    ATTY: Alex R. Williams

**ANDREWS,** Anthony                                          7:16-CR-30-3-D
    AUSA: Lawrence J. Cameron
    ATTY: Thomas R. Wilson

**WASHINGTON,** Charles Edward                        7:16-CR-84-1-D
    AUSA: Lawrence J. Cameron
    ATTY: Brett T. Wentz

**WEDNESDAY, MAY 30, 2018 AT 4:00 P.M.**
**SENTENCING**

| | |
|---|---|
| **WHITE JR.,** Reid Whitford | 4:16-CR-53-1-D |
|     AUSA: Banu Rangarajan | |
|     ATTY: Matthew W. Buckmiller | |

**WIGGINS JR.,** James Thurman                      4:16-CR-55-1-D
    AUSA: Banu Rangarajan
    ATTY: Glenn A. Barfield

**THURSDAY, MAY 31, 2018 AT 9:00 A.M.**
**ARRAIGNMENTS**

| NAME | PAGE | FILE NO. |
|---|---|---|
| **SAVAGE,** Tyrone | 1 | 4:17-CR-63-1-D |
|   AUSA: Melissa B. Kessler | | |
|   ATTY: Joseph L. Ross, II | | |
| | | |
| **CAMERON,** Bruce Lloyd | 2 | 5:17-CR-83-1-D |
|   AUSA: JoAnna G. McFadden | | *Arraignment/Competency* |
|   ATTY: Katherine E. Shea | | |
| | | |
| **ROBINSON IV,** Willard M. | 3 | 5:17-CR-89-1-D |
|   AUSA: James J. Kurosad | | |
|   ATTY: Collin P. Cook / Elliot S. Abrams | | |
| | | |
| **DAVIS,** Howard | 4 | 5:17-CR-174-1-D |
|   AUSA: Eleanor Morales | | |
|   ATTY: Geoffrey W. Hosford | | |
| | | |
| **WATSON,** Tyrell Eliza | 5 | 5:17-CR-344-1-D |
|   AUSA: Bradford Knott | | |
|   ATTY: Jennifer A. Dominguez | | |
| | | |
| **RAGIN,** Stanley Jamar | 6 | 5:17-CR-210-1-D |
|   AUSA: Scott A. Lemmon | | |
|   ATTY: Nardine M. Guirguis / Shane L. Davidson | | |

**BATTS,** Kendrick Arellian     7     5:17-CR-375-1-D
    AUSA: Edward D. Gray
    ATTY: Kimberly A. Moore

**BASS,** Madeline Elizabeth     8     5:17-CR-375-2-D
    AUSA: Edward D. Gray
    ATTY: Raymond C. Tarlton / James B. Polk

**VINES,** Albert     9     5:17-CR-397-1-D
    AUSA: Peggah B. Wilson
    ATTY: Jennifer A. Dominguez

**HENDERSON,** Hykeem     10     5:17-CR-414-1-D
    AUSA: S. Katherine Burnette
    ATTY: Damon J. Chetson

**NOWELL,** Steven William     11     5:18-CR-15-1-D
    AUSA: Daniel P. Bubar
    ATTY: Joseph L. Bell, Jr.

**JACOBS,** Marque     12     5:18-CR-43-1-D
    AUSA: Erin C. Blondel
    ATTY: Deirdre A. Murray

**DORM,** Victor Eugene     13     7:17-CR-105-5-D
    AUSA: Dennis M. Duffy / Jacob D. Pugh
    ATTY: Michael C. Fitzpatrick

**VAUGHT,** Joseph Anthony     14     7:17-CR-105-6-D
    AUSA: Dennis M. Duffy / Jacob D. Pugh
    ATTY: Curtis R. High

**HUNT,** Alan Drake     15     7:17-CR-155-1-D
    AUSA: James J. Kurosad
    ATTY: Lauren H. Brennan

**THURSDAY, MAY 31, 2018 AT 1:00 P.M.**
**SENTENCING**

**VASQUEZ-CHAVARRIA,** Lucas     5:17-CR-4-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Robert J. Dodson / James J. Kurosad
    ATTY: Geoffrey R. Willis / Christian E. Dysart

**ROGEL-GANDARIA,** Silvester     5:17-CR-129-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Sebastian Kielmanovich
    ATTY: Jim Melo

**RODRIGUEZ-GONZALEZ,** Jose Raymundo     5:17-CR-383-1-D
**\*\*INTERPRETER NEEDED\*\***
    AUSA: Sebastian Kielmanovich
    ATTY: James E. Todd, Jr.

**NOGUEZ-GARIBAY,** Rafael     5:17-CR-369-1-D
    AUSA: Roberto F. Ramirez
    ATTY: James E. Todd, Jr.

**ORTEGA,** Joaquin R.     5:17-CR-17-2-D
    AUSA: Bradford Knott
    ATTY: Joseph E. Zeszotarski

**FRIDAY, JUNE 1, 2018 AT 9:00 A.M.**
**SENTENCING**

**DILDY,** James Antron     4:17-CR-27-1-D
    AUSA: Dena J. King
    ATTY: Marshall H. Ellis

**GAST,** Katherine Victoria     5:16-CR-12-11-D
    AUSA: Dena J. King / Scott A. Lemmon
    ATTY: Sean P. Vitrano

**YENSAN,** Matthew Lee     5:17-CR-303-1-D
    AUSA: Daniel P. Bubar
    ATTY: Rosemary Godwin

**BARNES,** Anthony Rashon                                        5:17-CR-313-2-D
    AUSA: Daniel P. Bubar
    ATTY Jim Melo

**BATTLE,** Jaamez Rajohn                                         5:17-CR-371-1-D
    AUSA: Daniel P. Bubar
    ATTY: Paul K. Sun, Jr. / Kelly M. Dagger


**FRIDAY, JUNE 1, 2018 AT 1:00 P.M.**
**SENTENCING**
**PATE,** Crystal Marie                                           5:17-CR-346-3-D
    AUSA: Bradford Knott
    ATTY: Stephen E. Webb, II

**MCKOY,** James Daniel                                           7:16-CR-116-2-D
    AUSA: Bradford Knott / Tobin W. Lathan
    ATTY: Daniel Donahue

**PARKER,** Andrekia Jolanda                                      7:16-CR-116-3-D
    AUSA: Bradford Knott / Tobin W. Lathan
    ATTY: Lewis A. Thompson

**BARNES JR.,** Anthony Lee                                       7:16-CR-116-5-D
    AUSA: Bradford Knott / Tobin W. Lathan
    ATTY: Chad E. Axford

**CARR,** Bryan Derrick                                           7:16-CR-116-17-D
    AUSA: Bradford Knott / Tobin W. Lathan
    ATTY: Laura E. Beaver