UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-303-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | MOTION TO SEAL |
| | ) | |
| MATTHEW LEE YENSAN | ) | |

Now comes defendant, by and through undersigned counsel, and moves this court for an Order to seal [DE 46 ] filed in this matter. The grounds for this motion are that information contained in [DE 46] is not appropriate for dissemination. 18 U.S.C. 3006A(e)(1).

Respectfully submitted this the 29th day of May, 2018.

/s/Rosemary Godwin
Rosemary Godwin
Attorney for defendant
NC Bar No. 18217
434 Fayetteville Street, Suite 2050
Raleigh, NC 27601
919-834-6161
Fax: 919-834-3400
rosemary@rosemarygodwinlaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon:

Daniel Bubar
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, North Carolina  27601

by electronic filing with the Clerk of Court for the Eastern District of North Carolina.

This the 29th day of May, 2018.

                                                                   s/Rosemary Godwin
Rosemary Godwin
Attorney for defendant
NC Bar No.  18217
434 Fayetteville Street, Suite 2050
Raleigh, NC  27601
919-834-6161
Fax:  919-834-3400
rosemary@rosemarygodwinlaw.com