UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-303-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MATTHEW LEE YENSAN | ) | |

Upon defendant's motion to seal [DE 46], the Court finds good cause has been shown to ALLOW defendant's motion; It is hereby Ordered that [DE 46 ] be Sealed and remain sealed until such time as the Court may direct [DE 46 ] be unsealed.

So Ordered, this the _____ day of _____, 2018.

_____
JAMES C. DEVER, III
Chief United States District Judge