UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-303-1D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MATTHEW LEE YENSAN | ) | |

Upon defendant's motion to seal [DE 48], the Court finds good cause has been shown to ALLOW defendant's motion; It is hereby Ordered that [DE 46] be Sealed and remain sealed until such time as the Court may direct [DE 46] be unsealed.

So Ordered, this the 30 day of May, 2018.

JAMES C. DEVER, III
Chief United States District Judge