IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00303-D-1

UNITED STATES OF AMERICA          :
                                  :     **NOTICE OF APPEARANCE**
          v.                      :
                                  :
MATTHEW LEE YENSAN                :

    Please enter my name as an attorney of record on behalf of the Plaintiff in the above-captioned action. Copies of all correspondence and pleadings should be mailed to the undersigned at the below address.

    Respectfully submitted this 31st day of May, 2018.

                                    ROBERT J. HIGDON, JR.
                                    United States Attorney

                                  BY:  /s/ Stephen A. West
                                      STEPHEN A. WEST
                                  Assistant United States Attorney
                                  Asset Forfeiture Coordinator
                                  Attorney for Plaintiff
                                  Civil Division
                                  310 New Bern Avenue
                                  Federal Building, Suite 800
                                  Raleigh, NC 27601-1461
                                  Telephone: (919) 856-4530
                                  Facsimile: (919) 856-4821
                                  E-mail: steve.west@usdoj.gov
                                  NC State Bar #12586

1

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Notice of Appearance was provided to the below-listed counsel electronically via ECF, this 31st day of May, 2018 to:

Rosemary Godwin
Email: rosemary@rosemarygodwinlaw.com

>
> ROBERT J. HIGDON, JR.
> United States Attorney
>
>
> BY: /s/ Stephen A. West
> STEPHEN A. WEST
> Assistant United States Attorney
> Attorney for Plaintiff
> Civil Division
> 310 New Bern Avenue
> Federal Building, Suite 800
> Raleigh, NC 27601-1461
> Telephone: (919) 856-4530
> Facsimile: (919) 645-5368
> E-mail: steve.west@usdoj.gov
> NC State Bar No. 12586