IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-303-1D

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| i. | ) |
| | ) |
| MATTHEW LEE YENSAN | ) |

**CONSENT TO FORFEITURE**

COMES NOW the United States of America, by the United States Attorney for the Eastern District of North Carolina, and MATTHEW LEE YENSAN, individually and by and through his counsel, Rosemary Godwin, and hereby agree and stipulate that in addition to the items listed in the Indictment, the following property is knowingly and voluntarily forfeited to the United States of America:

| ITEM | Approx. Value at Seizure |
| --- | --- |
| 1. 1000 Litecoin | $53,000 (9/12/17) |
| 2. 1.43974105 Bitcoin | 8062.91 (10/17/17) |
| 3. .83581392 Bitcoin | 7,216.41 (3/16/18) |

The defendant further stipulates that the forfeited property was involved in the violation(s) to which he pled, and that the above mentioned property is thereby subject to

1

forfeiture pursuant to 21 U.S.C. § 853.

The defendant further stipulates that a preliminary order of forfeiture in this matter may be entered immediately and become final as to him immediately, as allowed by Fed. R. Crim. P. 32.2(b)(4)(A).

SIGNED AND AGREED:

_____
Daniel P. Bubar
Assistant United States Attorney

5/25/18    _Matthew Lee Yensan_____
Date           MATTHEW LEE YENSAN

5/25/18    _Rosemary Godwin_____
Date           ROSEMARY GODWIN
Counsel for Matthew Lee Yensan

2

CERTIFICATE OF SERVICE

I certify that I have on this 31st day of May, 2018, served a copy of the foregoing Consent Order upon the below-listed counsel electronically via ECF and/or by mailing a copy of the same in a postpaid envelope to:

Rosemary Godwin
Email: rosemary@rosemarygodwinlaw.com

ROBERT J. HIGDON, JR.
United States Attorney

BY: /s/ Stephen A. West
STEPHEN A. WEST
Assistant United States Attorney
Attorney for Plaintiff
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: steve.west@usdoj.gov
NC State Bar No. 12586

3