IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00303-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| MATTHEW LEE YENSAN | : |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on January 23, 2018, the Consent to Forfeiture filed on May 25, 2018, and the defendant's guilty plea to offenses in violation of 21 U.S.C. §§ 841(a)(1) and (h), 18 U.S.C. § 924(c)(1)(A)(i), and 18 U.S.C. §§ 1956 & 1957, the Court finds that the following property is hereby forfeitable pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 18 U.S.C. § 982(a)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as firearms and ammunition used in knowing violation of 18 U.S.C. 924(c)(1)(A)(i), property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation of 21 U.S.C. § 853, or property involved in violation of 18 U.S.C. §§ 1956 & 1957, to wit:

1. Glock Pistol model 27, .40 cal (S/N BCL 403);

2. Smith & Wesson Revolver .357 (S/N CMM 2086);

1

3. Colt King Cobra Revolver .357 (S/N EC3715);

4. MP-5 22lr, (S/N A363147);

5. All accompanying ammunition;

6. 3 pill presses;

7. 1000 Litecoin with an approximate value at the time of seizure of $53,000 (9/12/17);

8. 1.43974105 Bitcoin with an approximate value at the time of seizure of $8,062.91 (10/17/17); and

9. .83581392 Bitcoin with an approximate value at the time of seizure of $7,216.41 (3/16/18).

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Plea Agreement by the defendant, Matthew Lee Yensan, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED. This __1__ day of __June__, 2018.

_____
JAMES C. DEVER, III
Chief United States District Judge