IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00303-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| MATTHEW LEE YENSAN | : |

# MOTION OF THE UNITED STATES FOR
# A FINAL ORDER OF FORFEITURE

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, respectfully moves this Court for a Final Order of Forfeiture, in the above-styled case, and in support thereof represents to the Court the following facts:

1. On June 1, 2018, the Court entered a Preliminary Order of Forfeiture against the above-named defendant, forfeiting to the United States the defendant's interest in certain property, to wit:

    1. Glock Pistol model 27, .40 cal (S/N BCL 403);

    2. Smith & Wesson Revolver .357 (S/N CMM 2086);

    3. Colt King Cobra Revolver .357 (S/N EC3715);

    4. MP-5 22lr, (S/N A363147);

    5. All accompanying ammunition;

    6. 3 pill presses;

1

7. 1000 Litecoin with an approximate value at the time of seizure of $53,000 (9/12/17);

8. 1.43974105 Bitcoin with an approximate value at the time of seizure of $8,062.91 (10/17/17); and

9. .83581392 Bitcoin with an approximate value at the time of seizure of $7,216.41 (3/16/18).

2. No other potential claimants who reasonably appear to have standing to contest the forfeiture are known to the government. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. The United States published notification of the Court's June 1, 2018 Preliminary Order of Forfeiture on the Government's internet web site www.forfeiture.gov for at least 30 consecutive days, between June 20, 2018 and July 19, 2018, and between November 6, 2018 and December 5, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property (Exhibit A).

4. The subject property, 3 pill presses, were served while in the custody of the U.S. Marshal's Service on July 24, 2018 (DE #60).

5. The subject property, 1000 Litecoin with an approximate value at the time of seizure of $53,000.00, was served while in the custody of the U.S. Marshal's Service on June 19, 2018 (DE #59).

6. The subject property, 1.43974105 Bitcoin with an approximate value at the time of seizure of $8,062.91, was served while in the custody of the U.S. Marshal's Service on June 19, 2018 (DE #58).

7. The subject property, .83581392 Bitcoin with an approximate value at the time of seizure of $7,216.41, was served while in the custody of the U.S. Marshal's Service on June 19, 2018 (DE #57).

8. The subject personal property, 4 Assorted Firearms, was served while in the custody of the Drug Enforcement Administration on January 9, 2019 (Exhibit B).

9. No petitions have been filed with respect to the subject property.

WHEREFORE, the United States moves this Court for a Final Order of Forfeiture declaring the above-listed personal property be forfeited to the United States, and directing the United States Marshal's Service and/or the Drug Enforcement Administration to dispose of the personal property according to law, including destruction.

Respectfully submitted this 16th day of January, 2019.

        ROBERT J. HIGDON, JR.
        United States Attorney


        BY: /s/ Matthew L. Fesak
          MATTHEW L. FESAK
        Assistant United States Attorney
        Civil Division
        310 New Bern Avenue
        Federal Building, Suite 800
        Raleigh, NC 27601-1461
        Telephone: (919) 856-4530
        Facsimile: (919) 856-4821
        E-mail: matthew.fesak@usdoj.gov
        NC State Bar #35276
        Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that I have on this 16th day of January, 2019, served a copy of the foregoing Motion for Final Order of Forfeiture upon counsel electronically via ECF:

Rosemary Godwin
Email: rosemary_godwin@fd.org

                                    ROBERT J. HIGDON, JR.
                                    United States Attorney

                              BY: /s/ Matthew L. Fesak
                                   MATTHEW L. FESAK
                              Assistant United States Attorney
                              Civil Division
                              310 New Bern Avenue
                              Federal Building, Suite 800
                              Raleigh, NC 27601-1461
                              Telephone: (919) 856-4530
                              Facsimile: (919) 856-4821
                              E-mail: matthew.fesak@usdoj.gov
                              NC State Bar #35276
                              Attorney for Plaintiff