IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00303-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| MATTHEW LEE YENSAN | : |

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 1, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 18 U.S.C. § 982(a)(1) based upon the defendant's plea of guilty to offenses in violation of 21 U.S.C. § 846, 18 U.S.C. §§ 1956 & 1957, and 18 U.S.C. § 924(c)(1)(a)(i), and agreement to the forfeiture of the property listed in the June 1, 2018 Preliminary Order of Forfeiture, to wit:

1. Glock Pistol model 27, .40 cal (S/N BCL 403);
2. Smith & Wesson Revolver .357 (S/N CMM 2086);
3. Colt King Cobra Revolver .357 (S/N EC3715);
4. MP-5 22lr, (S/N A363147);
5. All accompanying ammunition;
6. 3 pill presses;
7. 1000 Litecoin with an approximate value at the time of seizure of $53,000 (9/12/17);

1

8. 1.43974105 Bitcoin with an approximate value at the time of seizure of $8,062.91 (10/17/17); and

9. .83581392 Bitcoin with an approximate value at the time of seizure of $7,216.41 (3/16/18).

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between June 20, 2018 and July 19, 2018, and between November 6, 2018 and December 5, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days from the first day of publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's June 1, 2018 Amended Preliminary Order of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the June 1, 2018 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Marshal Service and/or the Drug Enforcement Administration is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 17 day of _____January_____, 2019.

*J. Dever*
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE