**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 5:17-CR-303-D |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Matthew Lee Yensan | Final Order of Forfeiture |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
- .83581392 Bitcoin with an approximate value at the time of seizure of $7,216.41 (3/16/18)
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
- CATS No. 18-DEA-642471

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MATTHEW L. FESAK
U. S. Attorney's Office
310 New Bern Avenue, Federal Building, Suite 800
Raleigh, NC 27601-1461

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED MAR 06 2019 U.S. Marshals Service, EDNC

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

USAO: 2017V00901

/s/ MATTHEW L. FESAK, AUSA/lg

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 919-856-4530 | 1/28/19 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 56 | District to Serve No. 56 | Signature of Authorized USMS Deputy or Clerk *Mackenzie J. Norris* | Date 3/6/19 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date 2/26/20   Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | 65.00 | | $0.00 |

REMARKS:

FILED MAR 11 2020 PETER A. MOORE, JR., CLERK US DISTRICT COURT, EDNC BY ___ DEP CLK

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

