IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-CR-303-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| MATTHEW LEE YENSAN, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned, Wes J. Camden, an attorney admitted to practice in this district, hereby gives notice of appearance on behalf of Matthew Lee Yensan in the above-captioned case.

Respectfully submitted, this the 24th day of September, 2021.

/s/ *Wes J. Camden*
Wes J. Camden
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
wcamden@williamsmullen.com
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
N.C. State Bar No.: 33190

*Attorney for Defendant*

CERTIFICATE OF SERVICE

    I hereby certify that on September 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this matter.

                                                /s/ *Wes J. Camden*
                                                Wes J. Camden