IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-CR-303-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| MATTHEW LEE YENSAN, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned, William C. Pruden, an attorney admitted to practice in this district, hereby gives notice of appearance on behalf of Matthew Lee Yensan in the above-captioned case.

Respectfully submitted, this the 24th day of September, 2021.

/s/ *William C. Pruden*
William C. Pruden
Pruden Feldmann Law, PLLC
N.C. State Bar # 52690
421 Fayetteville Street Ste. 1100
Raleigh, NC 27601
(p) (919) 880-2124
(f) (919) 882-1323
william@prudenfeldmannlaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this matter.

/s/ *William C. Pruden*
William C. Pruden