IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-CR-303-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **MOTION TO WITHDRAW AS** |
| | ) | **COUNSEL OF RECORD** |
| MATTHEW LEE YENSAN, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to EDNC Local Criminal Rule 57.1(g) and North Carolina Rule of Professional Conduct 1.16(b) (incorporated as a rule of this Court via EDNC Local Criminal Rule 57.1(j)), Wes J. Camden and the law firm of Williams Mullen, undersigned counsel for Defendant Matthew Lee Yensan, respectfully move the Court for leave to withdraw as counsel in this matter. In support of this motion, the undersigned shows the following:

1. On October 3, 2017, a federal grand jury sitting in the Eastern District of North Carolina returned a four-count Indictment charging Mr. Yensan with: (a) possess(ion) with the intent to distribute marijuana and (b) possess(ion) with the intent to distribute Alprazolam, both in violation of 21 U.S.C. § 841(a)(1); (c) distributing a controlled substance by means of the internet, in violation of 21 U.S.C. § 841(h); and (d) possessing firearms in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i). [D.E. 17]

2. Undersigned counsel entered a Notice of Appearance in this matter on September 24, 2021. [D.E. 67]

3. William C. Pruden with Pruden Feldmann Law, PLLC entered a Notice of Appearance on behalf of Mr. Yensan on September 24, 2021. [D.E. 68]

4. On August 15, 2022, undersigned counsel communicated with Mr. Yensan via email to confirm that he and Williams Mullen will be withdrawing from this case pursuant to the terms of their engagement agreement.

5. In the August 15, 2022, email correspondence, the undersigned confirmed that he had spoken with William Pruden and that Mr. Pruden and Pruden Feldmann Law, PLLC will continue their representation of Mr. Yensan.

6. Undersigned counsel has notified the United States of his intent to seek to withdraw as counsel in this matter and does not anticipate the government will oppose this Motion.

7. Undersigned counsel respectfully requests ruling on this Motion be expedited.

WHEREFORE, for good cause shown, undersigned counsel respectfully moves the Court for an order allowing him and the law firm of Williams Mullen to withdraw as counsel for Defendant Matthew Lee Yensan.

Respectfully submitted, this the 22nd day of August, 2022.

/s/ *Wes J. Camden*
Wes J. Camden
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
wcamden@williamsmullen.com
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
N.C. State Bar No.: 33190

*Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the Motion to Withdraw as Counsel of Record by electronically filing a copy with the Court's ECF system, which will send electronic notification to the counsel of record listed below:

> Matthew Lee Fesak
> United States Attorney's Office – EDNC
> matthew.fesak@usdoj.gov
> *Counsel for Plaintiff United States of America*

> William C. Pruden
> Pruden Feldmann Law, PLLC
> william@prudenfeldmannlaw.com
> *Counsel for Defendant Matthew Lee Yensan*

I hereby certify that I served a copy of the Motion to Withdraw as Counsel of Record by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail addressed to the following persons at the following addresses which are the last addresses known to me:

> Matthew Lee Yensan
> 1218 Bull Street
> Columbia, SC 29201
> *Defendant*

This the 22nd day of August, 2022.

/s/ *Wes J. Camden*
Wes J. Camden