IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-CR-303-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MATTHEW LEE YENSAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon motion filed by counsel seeking leave to withdraw as counsel for Defendant. For the reasons set forth in counsel's Motion, and for good cause shown, the Court GRANTS the Motion to Withdraw as counsel of record for this matter and ORDERS that Wes J. Camden and the law firm of Williams Mullen be removed as counsel of record for this matter.

SO ORDERED, this _____ day of August, 2022.

_____
JAMES C. DEVER, III
United States District Court Judge